UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 8:22-cv-01824-FWS-JDE  Date: February 7, 2023
Title: Bibi Shagoofa v. Nazir Ahmad Eshaqzi *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

Plaintiff Bibi Shagoofa ("Plaintiff") was ordered to file a Notice of Submission by February 3, 2023, indicating that a completed summons, USM-285 form(s), and copies of the Complaint were submitted to the U.S. Marshal's Service. (Dkt. 20.) As of the date of this Order, the court has received no further filings from Plaintiff and the February 3, 2023, deadline for filing a Notice of Submission has now passed. (*See generally* Dkt.)

Accordingly, the court hereby **ORDERS** Plaintiff to show cause in writing no later than **February 14, 2023**, why this action should not be dismissed for lack of prosecution. Failure to adequately comply with the court's order may result in dismissal. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted."); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[C]ourts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances."); *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984) ("It is within the inherent power of the court to sua sponte dismiss a case for lack of prosecution.").

Initials of Deputy Clerk:  mku