Patrick Kolasinski (CA SBN 262363)
The Law Offices of Patrick Kolasinski
1120 14th Street, Suite 4
Modesto, CA 95354
(209) 408-0104
patrick@kolasinski-law.com
Attorney for Plaintiff Bibi Shagoofa

IN FEDERAL DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| BIBI SHAGOOFA,<br><br>    Plaintiff,<br><br>v.<br><br>NAZIR AHMAD ESHAQZI, HASIB HOTAKI, and BEHISHTA ABDUL SATTAR,<br><br>    Defendants. | No.  8:22-cv-01824-FWS-JDE<br><br>**NOTICE OF SETTLEMENT** |

The Plaintiff respectfully advises Chambers that the parties have resolved the case at bar by way of an agreement to jointly move the Court for entry of judgment, which motion will follow this filing.

[The remainder of this page is left blank]

NOTICE OF SETTLEMENT – Page 1

1  Dated: March 5, 2024,

2

3  /s/ Patrick Kolasinski                    /s/ Greg McLawsen
   Patrick Kolasinski (CA SBN 262363)         Greg McLawsen
                                              Washington Bar no. 41870
4  The Law Offices of Patrick Kolasinski      Pro hac vice
   1120 14th Street, Suite 4
5  Modesto, CA 95354                          Sound Immigration
   (209) 408-0104                             113 Cherry St. ECM# 45921
6  patrick@kolasinski-law.com                 Seattle, WA 98104-2205
                                              greg@soundimmigration.com
7                                             (855) 809-5115

   ***Attorneys for Plaintiff Bibi Shagoofa***
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF SETTLEMENT – Page 2