Patrick Kolasinski (CA SBN 262363)
The Law Offices of Patrick Kolasinski
1120 14th Street, Suite 4
Modesto, CA 95354
(209) 408-0104
patrick@kolasinski-law.com
Attorney for Plaintiff Bibi Shagoofa

IN FEDERAL DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| BIBI SHAGOOFA,<br><br>    Plaintiff,<br><br>  v.<br><br>NAZIR AHMAD ESHAQZI, HASIB HOTAKI, and BEHISHTA ABDUL SATTAR,<br><br>    Defendants. | No.  8:22-cv-01824-FWS-JDE<br><br>**JOINT MOTION FOR ENTRY OF AGREED JUDGMENT AND WITHDRAWAL OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

  The Parties hereby jointly move the Court for entry of an agreed judgment as follows:

  The Defendants jointly and severally confess to and submit to the entry of judgment as follows: (1) principal in favor of judgment creditor Bibi Shagoofa in the amount of $12,744; (2) legal fees in favor of judgment creditor Greg McLawsen in the amount of $25,000; and (3) legal fees in favor of judgment

creditor Patrick Kolasinski in the amount of $5,500. The foregoing attorney fees are inclusive of the amount awarded by the Court on February 26, 2024.

     Subject to entry of judgment as set forth above, the Plaintiff moves to withdraw her Motion for Summary Judgment [Docket 60] as moot.

Dated: March 5, 2024,

/s/ Patrick Kolasinski
Patrick Kolasinski (CA SBN 262363)

The Law Offices of Patrick Kolasinski
1120 14th Street, Suite 4
Modesto, CA 95354
(209) 408-0104
patrick@kolasinski-law.com

/s/ Greg McLawsen
Greg McLawsen
Washington Bar no. 41870
Pro hac vice

Sound Immigration
113 Cherry St. ECM# 45921
Seattle, WA 98104-2205
greg@soundimmigration.com
(855) 809-5115

**Attorneys for Plaintiff Bibi Shagoofa**

**/s/ Randy Chang**
Randy Chang
The Chang Firm
7755 Center Avenue Suite 1100
Huntington Beach, CA 92647
818-599-8095
Fax: 866-541-8491
Email: randyc@thechangfirm.com
**Attorney for the Defendants**