**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIBI SHAGOOFA,<br><br>    Plaintiff,<br><br>v.<br><br>NAZIR AHMAD ESHAQZI, HASIB HOTAKI, and BEHISHTA ABDUL SATTAR,<br><br>    Defendants. | Case No. 8:22-cv-01824-FWS-JDE<br><br>**ORDER ON JOINT MOTION FOR ENTRY OF AGREED JUDGMENT AND WITHDRAWAL OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [75]** |

Having reviewed and considered Joint Motion for Entry of Agreed Judgment and Withdrawal of Plaintiff's Motion for Summary Judgment for Summary Judgment [75] ("Motion"), the files and records of the court, the applicable law, and good cause appearing, the court **GRANTS** the Motion and **ORDERS** the following:

1. The clerk is directed to entry judgment jointly and severally against each Defendant as follows: (1) principal in favor of judgment creditor Bibi Shagoofa in the amount of $12,744; (2) legal fees in favor of judgment creditor Greg McLawsen in the amount of $25,000.00; and (3) legal fees in favor of judgment creditor Patrick Kolasinski in the amount of $5,500.00. The foregoing attorney fees are inclusive of the amount awarded by the court on February 26, 2024 [72].

2. Judgment having thus been entered, Plaintiff's Motion for Summary Judgment [60] is withdrawn by the parties' motion as moot.

**IT IS SO ORDERED**.

Dated: March 6, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE